**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| TYREE MUSIER, | : | Civil Action No. 2:26-cv-00947-MRP |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| CITY OF PHILADELPHIA, et al., | : |  |
|  | : |  |
| Defendants. | : |  |

**STIPULATION FOR EXTENSION OF TIME**

Pursuant to Local Rule of Civil Procedure 7.4(b)(2), the undersigned counsel hereby stipulate and agree that the time within which defendant, Carl Watkins may respond to plaintiff's Complaint be and is extended through May 11, 2026, to align with the response deadline for defendants City of Philadelphia and Detective James Burns. [ECF No. 8].


/s/Shelley R. Smith
Shelley R. Smith, Esquire
Archer & Greiner, P.C.
1717 Arch Street, Suite 3500
Three Logan Square
Philadelphia, PA 19103
  Attorney for Defendants, City of Philadelphia,
  Detective James Burns and Detective Carl
  Watkins

/s/ *Melissa Kucemba*
Melissa Kucemba, Esquire
Melissa Kucemba Attorney at Law, LLC
1500 JFK Blvd.
Suite 1900
Philadelphia, PA 19102
melissakucemba@gmail.com
Attorney for Plaintiff


**APPROVED BY THE COURT:**


_____
**MIA ROBERTS PEREZ, J.**